IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CHINA TELECOM (AMERICAS) CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-1545 ) |
| INTERNET KEEPER GLOBAL (GROUP) CO. LTD., et al. | ) ) ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 2, 2021. The parties have filed no objection.

After reviewing the Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law. The Report and Recommendation is adopted. It is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. Default Judgment is ORDERED in favor of Plaintiff and against Defendants Internet Keeper Global (Group) and Internet Keeper Global (USA). It is further

ORDERED that Plaintiff is awarded a total of $7,831,644.52, not including pre-judgment and post-judgment interest, which consists of: (1) $7,601,764.93 in unpaid balance, Late Penalty

Payments, and Termination payments under the parties' agreement; and (2) $229,879.59 in attorney's costs and fees. It is further

ORDERED that Plaintiff is GRANTED declaratory judgment that Defendants are jointly and severally liable for the total amounts awarded, that Defendants are alter egos subject to veil piercing, and that Plaintiff may remove Defendants' property at Defendants' expense.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~June ___, 2021~~
July 6, 2021